IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ROBERT MICHAEL HUSKEY                                                                          PLAINTIFF

v.                                            Case No. 6:21-cv-6141

SERGEANT RAUL HART, Ouachita
River Correctional Unit (ORCU); LIEUTENANT
DILLON VOSS, ORCU; DR. GUY HENRY, Staff
Physician, Wellpath LLC; NURSE SUSAN
LAMBRIGHT, Wellpath LLC; and NURSE TISHA
WADE, Wellpath LLC                                                                             DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed January 19, 2023, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 55. Judge Bryant recommends that the following motions be granted: (1) Motion for Summary Judgment filed by Defendants Hart and Voss (ECF No. 34); and (2) Motion for Summary Judgment filed by Defendants Henry, Lambright, and Wade (ECF No. 37). Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, the Motion for Summary Judgment filed by Defendants Hart and Voss (ECF No. 34) is **GRANTED**, and the Motion for Summary Judgment filed by Defendants Henry, Lambright, and Wade (ECF No. 37) is **GRANTED**. Further, this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 13th day of February, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge